IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:02-cr-00043-MP-AK

JOCELYNN DENAY BANKS,

    Defendant.
_____/

## O R D E R

This matter is before the Court on a request by the United States Probation Office to continue the disposition on the revocation of supervised release. A special condition of Defendant's supervised release was the completion of her G.E.D. Because Defendant is currently in the process of finishing her G.E.D., Probation requests that the sentencing hearing set for July 17, 2008, be continued. This request is granted, and the final hearing on the revocation of supervised release is continued to a date to be set by separate notice. Until sentencing, Defendant shall be subject to the same terms and conditions of supervised release as previously imposed.

    **DONE AND ORDERED** this   _10th_  day of July, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
