IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:02-cr-00043-MP-AK

JOCELYNN DENAY BANKS,

   Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 484, Consent Motion to Continue, filed by the Government. In its motion, the Government requests that Defendant's revocation hearing, which is currently scheduled for Friday, March 6, 2009, be continued in order to accommodate a witness' scheduling conflict. Defendant is unopposed to the request. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Consent Motion to Continue, Doc. 484, is GRANTED. The revocation hearing for JOCELYNN DENAY BANKS is reset to Wednesday, March 11, 2009, at 11:00 a.m.

**DONE AND ORDERED** this __4th__ day of March, 2009

               *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge